**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **ALEXAM, INC.** | § | |
| | § | |
| **v.** | § | **No. 2:13cv5** |
| | § | |
| **J.C. PENNEY COMPANY, INC. AND** | § | |
| **J.C. PENNEY CORPORATION** | § | |

| | | |
|---|---|---|
| **ALEXAM, INC.** | § | |
| | § | |
| **v.** | § | **No. 2:13cv6** |
| | § | |
| **MCDONALD'S CORPORATION AND** | § | |
| **P2W, INC. NFP** | § | |

| | | |
|---|---|---|
| **ALEXAM, INC.** | § | |
| | § | |
| **v.** | § | **No. 2:13cv7** |
| | § | |
| **TOYS "R" US – DELWARE, INC. AND** | § | |
| **TRU-SVC, LLC** | § | |

| | | |
|---|---|---|
| **ALEXAM, INC.** | § | |
| | § | |
| **v.** | § | **No. 2:13cv8** |
| | § | |
| **THE HOME DEPOT, U.S.A., INC. AND** | § | |
| **HOME DEPOT INCENTIVES, INC.** | § | |

**ORDER REGARDING PRETRIAL CONFERENCES**

**1.**      **Pretrial conference in 2:13cv5**

In Cause No. 2:13cv5, the Court has scheduled a final pretrial conference on June 11,

1

2013 at 2:00 p.m. The parties shall file their Pretrial Order on or before June 7, 2013 at 8:00 a.m.[1] Keeping in mind the Court's previous rulings on motions in limine and exhibits/deposition designations in other *Alexsam* cases, the parties shall also file, on or before June 7, 2013 at 8:00 a.m., notebooks containing their remaining objections to exhibits and deposition designations, grouping them where possible.

**2.      Pretrial conferences in 2:13cv6, 2:13cv7, and 2:13cv8**

Consistent with the Court's May 10, 2013 Order, the Court also schedules Cause Nos. 2:13cv6, 2:13cv7, and 2:13cv8 for a combined pretrial conference Tuesday, June 18, 2013 at 10:00 a.m. in Texarkana, and continuing through June 20, if necessary. After making general announcements regarding jury selection and trial procedures, the Court will rule on the parties' motions in limine. The Court will then address the parties' objections to exhibits and deposition designations.   The following pretrial deadlines will apply in Cause Nos. 2:13cv6, 2:13cv7, and 2:13cv8:

- Exchange pretrial materials for infringement trial            June 7
  (Exhibit list, deposition designations, witness list)

- Alexsam's proposed jury instructions            June 7

- File Motions in limine            June 10

- Defendants' responses to proposed jury instructions            June 11

- Exchange objections to pretrial materials            June 12

- Meet and confer regarding jury instructions            June 13

- Meet and confer regarding deposition designations, exhibit lists            June 13

- Responses to motions in limine            June 13

---

[1] The Court notes this deadline is later than the June 4 date given by the Court at the *Barnes & Noble/Gap* pretrial conferences.

- Reply regarding pretrial materials and motions in limine    June 14

- File with the Court PTO and notebooks containing objections to    June 17 by
exhibits/deposition designations, grouping them where possible    8:00 a.m.

**IT IS SO ORDERED.**

**SIGNED this 29th day of May, 2013.**


CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE