# United States District Court
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

**Alexsam, Inc.**

**v.**

**TOYS "R" US—DELAWARE, INC., and**     Case No. 2:13–cv–7
**TRU-SVC, LLC**

### ORDER OF DISMISSAL

Before the Court are the Joint Stipulations of Dismissal filed by Plaintiff Alexsam, Inc. ("Alexsam") and Defendants Toys "R" Us—Delaware, Inc. and TRU-SVC, LLC (collectively, "Toys "R" Us") (Doc. No. 242). Having considered the parties' stipulations and finding good cause, the Court is of the opinion that the parties' Joint Stipulations of Dismissal should be **GRANTED**.

It is therefore **ORDERED**:

1. All claims that were or could have been asserted by Alexsam against Toys "R" Us in this action are dismissed with prejudice.

    All counterclaims asserted by Toys "R" Us in this action are dismissed without prejudice.

2. Alexsam shall bear its own attorneys' fees and costs. Toys "R" Us shall bear its own attorneys' fees and costs, subject to the exceptions set forth in the parties' Joint Stipulations of Dismissal.

3. The Court retains jurisdiction over Alexsam and Toys "R" Us for purposes of enforcing the stipulations set forth in the parties' Joint Stipulations of Dismissal.

4.  The Clerk will enter an appropriate Final Judgment closing this action

**It is SO ORDERED.**

**SIGNED this 17th day of October, 2013.**

                                        MICHAEL H. SCHNEIDER
                                      UNITED STATES DISTRICT JUDGE